PROB 12A
(7/93)

# United States District Court

## for the

## Southern District of West Virginia

## Report on Offender Under Supervision

Name of Offender: Brennon Michael Adkins      Case Number: 3:22CR00214

Name of Sentencing Judicial Officer: The Honorable Robert C. Chambers, United States District Judge

Date of Original Sentence: November 13, 2023

Original Offense: 18 U.S.C. §§ 922(j) and 924(a)(2), Possession of a stolen firearm, which had been shipped and transported in interstate commerce

Original Sentence: Five years of probation

Type of Supervision: Probation      Date Supervision Commenced: November 13, 2023

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of additional probation terms: The defendant will participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the probation officer:** |
| | On April 5, 2024, the defendant was instructed to complete the Anchor Homes long-term inpatient substance abuse treatment program after the defendant left Recovery Point prior to completion. On November 29, 2024, the defendant was suspected to be under the influence of an illegal substance; however, the defendant provided a negative urine screen for the treatment program and this officer. On December 4, 2024, the defendant was discharged from Anchor Homes long-term inpatient substance abuse treatment program prior to successful completion. |

U.S. Probation Officer Action:

On December 4, 2024, Mr. Adkins was unsuccessfully discharged from the Anchor Homes program after the defendant was sent home from community service at Goodwill for appearing intoxicated on November 29, 2024. On December 4, 2024, Mr. Adkins secured a bed in the Advocate House long-term

residential substance abuse treatment program, located in Huntington, West Virginia. The probation officer confirmed the defendant's admission into the program. Mr. Adkins was instructed to complete the 7-to-9 month residential substance abuse program. Upon completion of the program, Mr. Adkins will complete 3 months of home detention. The defendant's program participation and progress will be monitored, and all further noncompliance will be reported to the Court.

Respectfully submitted,

*Jeffrey Bella*

Jeffrey Bella  
Senior United States Probation Officer  
December 10, 2024

☐ Schedule status conference  
☐ Submit a Request for Modifying the Conditions or Terms of Supervision  
☐ Submit a Request for Warrant or Summons  
☑ No Action  
☐ Other

The Honorable Robert C. Chambers  
United States District Judge

12/11/24  
Date