PROB 12A
(7/93)

# United States District Court

## for the

## Southern District of West Virginia

## Report on Offender Under Supervision

Name of Offender:  Brennon Michael Adkins                     Case Number:  3:22CR00214

Name of Sentencing Judicial Officer:  The Honorable Robert C. Chambers, United States District Judge

Date of Original Sentence:  November 13, 2023

Original Offense:  18 U.S.C. §§ 922(j) and 924(a)(2), Possession of a stolen firearm, which had been shipped and transported in interstate commerce

Original Sentence:  Five years of probation

Type of Supervision:  Probation     Date Supervision Commenced: November 13, 2023

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of additional probation terms: The defendant will participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the probation officer:** |

On December 4, 2024, the defendant was instructed to complete the Advocate House long-term inpatient substance abuse treatment program after the defendant was removed from the Anchor Project inpatient substance abuse program prior to completion. On January 8, 2025, the defendant was discharged from the Advocate House long-term inpatient substance abuse treatment program prior to successful completion.

U.S. Probation Officer Action:

On January 8, 2025, Mr. Adkins was unsuccessfully discharged from the Advocate House program for not being engaged in the program. Advocate House staff reported that Mr. Adkins did not attempt to locate employment, remained at the house when he should have been searching for employment or attending sobriety meetings, and did not complete writing assignments as instructed. Since being released from the Advocate House, Mr. Adkins has located stable housing and employment. Although,

Prob 12A  
Re: Brennon Michael Adkin  
Docket No. 3:22CR00214

Report on Offender  
Under Supervision

Mr. Adkins has not completed a long-term substance abuse treatment program, the defendant has been in either outpatient or inpatient substance abuse treatment since December 2022. It should be noted the defendant's last positive drug screen was November 30, 2023. This officer has referred the defendant to weekly outpatient substance abuse treatment and weekly urine screens at a local contracted treatment provider. Additionally, the defendant has started the term of 3 months of home detention. This officer will continue to monitor the defendant, and all further noncompliance will be reported to the Court.

Respectfully submitted,

*Jeffrey Bella*

Jeffrey Bella  
Senior United States Probation Officer  
March 7, 2025

☐ Schedule status conference  
☐ Submit a Request for Modifying the Conditions or Terms of Supervision  
☐ Submit a Request for Warrant or Summons  
☒ No Action  
☐ Other

_____  
The Honorable Robert C. Chambers  
United States District Judge

_____3/7/25_____  
Date

2