PROB 12A
(7/93)

# United States District Court

## for the

## Southern District of West Virginia

## Report on Offender Under Supervision

Name of Offender: Brennon Michael Adkins            Case Number: 3:22CR00214

Name of Sentencing Judicial Officer: The Honorable Robert C. Chambers, United States District Judge

Date of Original Sentence: November 13, 2023

Original Offense: 18 U.S.C. §§ 922(j) and 924(a)(2), Possession of a stolen firearm, which had been shipped and transported in interstate commerce

Original Sentence: Five years of probation. On June 18, 2025, terms of probation were modified to replace the 3-month home detention requirement with a requirement to complete a 90-day placement at Dismas Charities.

Type of Supervision:    Probation       Date Supervision Commenced: November 13, 2023

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **<u>Violation of modified term of probation: The defendant, Brennon Adkins, shall reside at Dismas Charities, residential reentry center, in St. Albans, West Virginia, for a period of up to 90 days as a condition of supervised release. Should the defendant obtain appropriate housing, the defendant may be released from Dismas Charities, prior to the completion of the 90 days, as approved by the probation officer. The defendant shall observe all the rules and regulations of the facility. The defendant's subsistence shall be waived, and all funds saved to obtain housing upon his release.</u>** <br><br> On July 23, 2025, the defendant entered Dismas Charities, residential reentry center, to begin his 90-day placement. On September 3, 2025, the defendant was placed on a probation behavioral contract. On September 8, 2025, Mr. Adkins was deemed a program failure for violating his behavioral contract. |

Prob 12A  
Re: Brennon Michael Adkin  
Docket No. 3:22CR00214

Report on Offender  
Under Supervision

U.S. Probation Officer Action:

On September 8, 2025, Mr. Adkins was unsuccessfully discharged from the Dismas Charities, residential reentry center after violating the behavioral contract. The defendant was placed on a behavioral contract after receiving disciplinary reports for not completing his work detail on numerous occasions, failing to call the facility while on a movement on numerous occasions, vaping inside the facility, failing to remain in his dorm, failing to return to the facility at the reported time on numerous occasions, and being disrespectful toward staff. Since being discharged from Dismas Charities, residential reentry center, the defendant has been residing at the Oxford House Sober Living Program located in Charleston, West Virginia. The defendant is also employed full time. Mr. Adkins will be placed on a urine screen hotline to monitor for illegal drug use. This officer will continue to monitor the defendant, and all further noncompliance will be reported to the Court.

Respectfully submitted,

Jeffrey Bella  
Senior United States Probation Officer  
October 22, 2025

☐ Schedule status conference  
☐ Submit a Request for Modifying the Conditions or Terms of Supervision  
☐ Submit a Request for Warrant or Summons  
☒ No Action  
☐ Other

The Honorable Robert C. Chambers  
United States District Judge

10/23/25  
Date

2